UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WALTER TANNER,

                Plaintiff,

   -against-

ROCHDALE VILLAGE, INC.,

                Defendant.
-------------------------------------------------------------X

**ORDER**
23-CV-9090 (RPK) (JAM)

MARUTOLLO, United States Magistrate Judge:

     Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted. The Clerk of Court is directed to issue a summons against Defendant and the United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon the Defendant without prepayment of fees.

     SO ORDERED.

                                                */s/ Joseph A. Marutollo*
                                                JOSEPH A. MARUTOLLO
                                                United States Magistrate Judge

Dated:  December 19, 2023
         Brooklyn, New York